MICHAEL E. STOBERSKI, ESQ.
Nevada Bar No. 004762
STEPHANIE ZINNA, ESQ.
Nevada Bar No. 011488
OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, Nevada  89129
(702) 384-4012

Attorneys for Defendants ASSOCIATION FOR
BETTER LIVING AND EDUCATION INTERNATIONAL
and NARCONON INTERNATIONAL

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

\* \* \* \*

| | |
|---|---|
| RONALD MCCLURE, an Arizona Citizen; JASON MCCLURE, an Arizona Citizen,<br><br>  Plaintiffs,<br><br>vs.<br><br>NARCONON FRESH START d/b/a RAINBOW CANYON RETREAT, a California Corporation; ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL; NARCONON INTERNATIONAL; and DOES 1-100, ROE Corporations I-X, inclusive,<br><br>  Defendants. | CASE NO. 2:14-cv-00995-JCM-CWH<br><br>**STIPULATION TO EXTEND THE TIME FOR DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Plaintiffs Ronald McClure and Jason McClure ("Plaintiffs") and Defendants Association for Better Living and Education International and Narconon International ("Defendants") (each, a "Party," and collectively, the "Parties"), hereby stipulate and agree by and through their undersigned counsel that the time for Defendants to respond to Plaintiffs' Complaint filed June 19, 2014, and served June 24, 2014, shall be extended an additional thirty (30) days from the deadline of July 17, 2014, and will be due August 18, 2014.

/ / /

/ / /

There have been no previous extensions granted.  The reason for the request is these Defendants have settled with Plaintiffs and need adequate time to prepare settlement documents and dismissal papers.

DATED this 7th day of July, 2014.

| HAMILTON LAW | OLSON, CANNON, GORMLEY ANGULO & STOBERSKI |
|---|---|
| By /s/ Ryan A. Hamilton<br>RYAN A. HAMILTON, ESQ.<br>Nevada Bar No. 11587<br>5125 S. Durango Dr., Ste. C<br>Las Vegas, Nevada 89113<br>(702) 818-1818<br>(702) 974-1139 (fax) | By /s/ Michael E. Stoberski<br>MICHAEL E. STOBERSKI, ESQ.<br>Nevada Bar No. 004762<br>STEPHANIE ZINNA, ESQ.<br>Nevada Bar No. 011488<br>9950 West Cheyenne Avenue<br>Las Vegas, Nevada  89129 |
| Attorney for Plaintiffs | Attorneys for Defendants ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL and NARCONON INTERNATIONAL |

IT IS SO ORDERED.

DATED: This 8th day of July, 2014.

_____
UNITED STATES MAGISTRATE JUDGE