# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RONALD MCCLURE, et al., | |
|     Plaintiff, | Case No. 2:14-cv-00995-JCM-CWH |
| vs. | **ORDER** |
| NARCONON FRESH START d/b/a RAINBOW CANYON RETREAT, et al., | |
|     Defendants. | |

This matter is before the Court on Defendants' Motion for Cost Bond (#8), filed July 17, 2014. Defendants seek an order requiring Plaintiff to post a non-resident cost bond pursuant to Nevada Revised Statute ("NRS") 18.130(1).

The Federal Rules of Civil Procedure do not contain a provision relating to security of costs. Nevertheless, it has long been the policy of this Court to enforce the requirements of NRS 18.130. *Feagins v. Trump Organization*, 2012 WL 925027 (D. Nev.) (citing *Hamar v. Hyatt Corp.*, 98 F.R.D. 305, 305-06 (D. Nev. 1983); *Arrambide v. St. Mary's Hosp., Inc.*, 647 F. Supp 1148, 1149 (D. Nev. 1986)). The statute requires a non-resident plaintiff to submit an affidavit that it will pay any costs and charges that may be awarded up to $500.00. In lieu of filing the affidavit, the non-resident plaint may post a $500.00 bond with the court clerk. Absent a showing of indigence, the requirement to provide security in the amount of $500 per defendant applies to each non-resident plaintiff. *See Truck Ins. Exchange v. Tetzlaff*, 683 F. Supp. 223, 227 (D. Nev. 1988) (citing *Arrambide*, 647 F. Supp. 1148-49). In conformity with NRS 18.130(1), Defendant has filed and served its written demand for security costs. Plaintiffs shall have until **Monday, August 4, 2014** to comply with the request or seek relief due to indigence. Failure to do so may result in dismissal of the action under NRS 18.130(4).

Based on the foregoing and good cause appearing therefore,

1	**IT IS HEREBY ORDERED** that Defendants' Motion for Cost Bond (#8) is **granted**. Plaintiffs shall file an affidavit of surety or, alternatively, post a security bond in compliance with NRS 18.130 by **Monday, August 4, 2014**.

DATED: June 30, 2014.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**