# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RONALD MCCLURE, et al., | Case No. 2:14-CV-995 JCM (CWH) |
| Plaintiff(s), | ORDER |
| v. | |
| NARCONON FRESH START d/b/a RAINBOW CANYON RETREAT, et al., | |
| Defendant(s). | |

Presently before the court is defendant Narconon Fresh Start's ("Narconon's") motion to dismiss. (Doc. # 7). Plaintiff filed a response in opposition (doc. # 11) and defendant replied (doc. # 14).

On August 22, 2014, defendant Narconon filed a motion to withdraw (doc. # 15) its motion to dismiss and its reply to plaintiff's response in opposition. The court will grant defendant Narconon's request to withdraw its prior motion and reply.

Accordingly,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that defendant Narconon's motion to withdraw (doc. # 15) be, and at the same time hereby is, GRANTED.

IT IS FURTHER ORDERED that defendant Narconon's motion to dismiss (doc. # 7) is DENIED as moot.

DATED August 25, 2014.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**