MICHAEL E. STOBERSKI, ESQ.
Nevada Bar No. 004762
STEPHANIE ZINNA, ESQ.
Nevada Bar No. 011488
OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012

Attorneys for Defendants ASSOCIATION FOR
BETTER LIVING AND EDUCATION INTERNATIONAL
and NARCONON INTERNATIONAL

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

* * * *

| | |
|---|---|
| RONALD MCCLURE, an Arizona Citizen; JASON MCCLURE, an Arizona Citizen, <br><br> Plaintiffs, <br><br> vs. <br><br> NARCONON FRESH START d/b/a RAINBOW CANYON RETREAT, a California Corporation; ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL; NARCONON INTERNATIONAL; and DOES 1-100, ROE Corporations I-X, inclusive, <br><br> Defendants. | CASE NO. 2:14-cv-00995-JCM-CWH <br><br> **STIPULATION TO DISMISS PLAINTIFFS' CLAIMS AGAINST DEFENDANTS ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL AND NARCONON INTERNATIONAL WITH PREJUDICE** |

Plaintiffs Ronald McClure and Jason McClure ("Plaintiffs") and Defendants Association for Better Living and Education International ("ABLE") and Narconon International ("NI"), having reached a settlement of the claims asserted by Plaintiffs against Defendants ABLE and NI in the Complaint, stipulate and agree by and through their undersigned counsel that this matter,

///

///

///

///

including any and all claims and/or cross-claims, should be dismissed as to ABLE and NI only, with prejudice, with each side to bear its own attorneys' fees and costs.

DATED this 5th day of ~~July,~~ November 2014.

| HAMILTON LAW | OLSON, CANNON, GORMLEY ANGULO & STOBERSKI |
|---|---|
| By /s/ Ryan A. Hamilton | By /s/ Michael E. Stoberski |
| RYAN A. HAMILTON, ESQ. | MICHAEL E. STOBERSKI, ESQ. |
| Nevada Bar No. 11587 | Nevada Bar No. 004762 |
| 5125 S. Durango Dr., Ste. C | STEPHANIE ZINNA, ESQ. |
| Las Vegas, Nevada 89113 | Nevada Bar No. 011488 |
| (702) 818-1818 | 9950 West Cheyenne Avenue |
| (702) 974-1139 (fax) | Las Vegas, Nevada 89129 |
| Attorney for Plaintiffs | Attorneys for Defendants ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL and NARCONON INTERNATIONAL |