Ryan A. Hamilton
Nevada Bar No. 11587
HAMILTON LAW
5125 S. Durango, Suite C
Las Vegas, NV 89113
(702) 818-1818
(702) 974-1139 (fax)
ryan@hamiltonlawlasvegas.com

*Attorney for the plaintiffs*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RONALD MCCLURE, an Arizona Citizen; JASON MCCLURE, an Arizona Citizen, Plaintiffs, vs. NARCONON FRESH START d/b/a RAINBOW CANYON RETREAT, a California Corporation; ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL; NARCONON INTERNATIONAL and DOES 1-100, ROE Corporations I – X, inclusive, Defendants. | **Case No. 2:14-cv-00995-JCM-CWH** |

**PLAINTIFFS' MOTION TO WITHDRAW PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO STAY CASE PENDING RULING ON MOTION TO TRANSFER AND CONSOLIDATE CASES FOR MULTIDISTRICT LITIGATION**

Plaintiffs, by and through their attorney of record, Ryan A. Hamilton, Esq., of Hamilton Law, hereby file this Plaintiffs' Motion to Withdraw Plaintiff's Reply in Support of Motion to Stay Case Pending Ruling on Motion to Transfer and Consolidate Cases for Multidistrict Litigation, filed on November 10, 2014. Plaintiffs erroneously filed a Plaintiffs' Reply, and therefore, respectfully move to withdraw this Reply.

DATED this 10th of November, 2014.    Respectfully submitted,
By: /s/Ryan A. Hamilton
Ryan A. Hamilton (SBN # 11587)
HAMILTON LAW, LLC
5125 S. Durango, Ste. C
Las Vegas, NV 89113

1

*Attorney for the Plaintiffs*

Ryan A. Hamilton
Nevada Bar No. 11587

**CERTIFICATE OF SERVICE**

 Pursuant to FRCP 5(b), I certify that I filed the foregoing via the Court CM/ECF system which will send notice of the filing to the following:

  Josh Cole Aicklen
  David B. Avakian
  LEWIS BRISBOIS BISGAARD & SMITH LLP
  6395 South Rainbow Boulevard, Suite 600
  Las Vegas, NV 89118

/s/ Ryan A. Hamilton

HAMILTON LAW
5125 S. Durango, Suite C
Las Vegas, NV 89113
(702) 818-1818
(702) 974-1139 (fax)
ryan@hamiltonlawlasvegas.com

*Attorney for the plaintiffs*

### UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RONALD MCCLURE, an Arizona Citizen; JASON MCCLURE, an Arizona Citizen, Plaintiffs, | Case No. 2:14-cv-00995-JCM-CWH |
| vs. | **ORDER GRANTING MOTION TO WITHDRAW PLAINTIFFS' REPLY** |
| NARCONON FRESH START d/b/a RAINBOW CANYON RETREAT, a California Corporation; ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL; NARCONON INTERNATIONAL and DOES 1-100, ROE Corporations I – X, inclusive, Defendants. | |

Plaintiffs, by and through their attorney Ryan A. Hamilton, seek to withdraw Plaintiffs' Reply in Support of Motion to Stay Case Pending Ruling on Motion to Transfer and Consolidate Cases for Multidistrict Litigation.

The Court having read and considered Plaintiffs' Motion to Withdraw and good cause appearing therefore,

IT IS HEREBY ORDERED that:

1. Plaintiffs' Motion to Withdraw Plaintiffs' Reply in Support of Motion to Stay Case Pending Ruling on Motion to Transfer and Consolidate Cases for Multidistrict Litigation is GRANTED.

DATED: _____        By: _____
                                     Hon. Richard F. Boulware