**LEWIS BRISBOIS BISGAARD & SMITH LLP**
DAVID B. AVAKIAN (Nevada Bar No. 009502)
david.avakian@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789

**SCHEPER KIM & HARRIS LLP**
DAVID W. WILLIAMS (*pro hac vice* application pending)
dwilliams@scheperkim.com
601 West Fifth Street, 12th Floor
Los Angeles, CA 90071-2025
Telephone: (213) 613-4655
Facsimile: (213) 613-4656

*Attorneys for Defendant sued as NARCONON FRESH START d/b/a RAINBOW CANYON RETREAT*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONALD MCCLURE, an Arizona Citizen; and JASON MCCLURE, an Arizona Citizen,<br><br>Plaintiffs,<br><br>vs.<br><br>NARCONON FRESH START d/b/a RAINBOW CANYON RETREAT, a California Corporation; ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL; NARCONON INTERNATIONAL and DOES 1-100, ROE Corporations I — X, inclusive,<br><br>Defendants. | CASE NO. 2:14-cv-00995-JCM-CWH<br><br>**APPENDIX IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>***Filed Concurrently with:***<br><br>• ***Motion for Summary Judgment;***<br>• ***Separate Statement of Undisputed Facts;***<br>• ***Declaration of David B. Avakian;***<br>• ***Declaration of Shannon Farnsworth: and***<br>• ***Request for Judicial Notice*** |

# TABLE OF CONTENTS

1. A true and correct copy of excerpts from Fresh Start's website, available at www.freshstart.net/history_of_the_program.html, accessed on September 30, 2015..................**A**

2. A true and correct copy of excerpts from Fresh Start's website, available at www.freshstart.net/full_program_description.html, accessed on September 30, 2015..................**B**

3. A true and correct copy of excerpts from Fresh Start's website, available at www.freshstart.net/program_overview.html, accessed on September 30, 2015.........................**C**

4. A true and correct copy of Jason McClure's contract documents with Fresh Start, which were previously produced in this action and which bear Bates numbers FSM 0001-0037.........**D**

5. A true and correct copy of medical clearance documents for Jason McClure, which were previously produced in this action and which bear Bates numbers FSM 0048-0049 and FSM 0112-0116..............................................................................................................**E**

6. A true and correct copy of a routing form dated May 21, 2013 from Jason McClure's Fresh Start student file, which Fresh Start previously produced in this action and which bears Bates number FSM 0045.........................................................................................**F**

7. A true and correct copy of a withdrawal checklist dated May 21, 2013 from Jason McClure's Fresh Start student file, which Fresh Start previously produced in this action and which bears Bates number FSM 0092.........................................................................................**G**

8. A true and correct copy of the Fresh Start Student Rules of Conduct signed by Jason McClure and dated May 26, 2013 from Jason McClure's Fresh Start student file, which Fresh Start previously produced in this action and which bears Bates numbers FSM 0223-228....................**H**

9. true and correct copy of a folder data entry dated July 8, 2013 from Jason McClure's Fresh Start student file, which Fresh Start previously produced in this action and which bears Bates number FSM 0527.........................................................................................**I**

10. A true and correct copy of a departure waiver signed by Jason McClure and dated July 8, 2013 from Jason McClure's Fresh Start student file, which Fresh Start previously produced in this action and which bears Bates number FSM 0528...........................................................**J**

11. A true and correct copy of excerpts from the transcript of Jason McClure's deposition, taken in this action on July 1, 2015 and September 9, 2015.............................................**K**

12. A true and correct copy of excerpts from the transcript of Ronald McClure's deposition, taken in this action on June 25, 2015.............................................................................**L**

13. A true and correct copy of excerpts from the transcript of Linda McClure's deposition, taken in this action on June 26, 2015...........................................................................**M**

14. A true and correct copy of excerpts from the transcript of Candy Shipley's deposition, taken in this action on August 4, 2015.........................................................................**N**

15. A true and correct copy of excerpts from the transcript of Brian Smyth's deposition, taken in this action on August 5, 2015..........................................................................**O**

16. A true and correct copy of excerpts from the transcript of Sean Griffin's deposition, taken in this action on August 24, 2015........................................................................**P**

17. A true and correct copy of excerpts from the transcript of David Venemon's deposition, taken in *David Welch, et al. v. Narconon Fresh Start, et al.*, Case No. 2:14-cv-00167-JCM-CWH (D. Nev.) on April 2, 2015, as well as a document that was attached as Exhibit 12 to the deposition, which Mr. Venemon authenticated. Plaintiffs' counsel in this case also represents Plaintiffs in the *Welch* case..................................................................................**Q**

18. A true and correct copy of excerpts from the transcript of Michael Tarr's deposition, taken in *Cathy Tarr, et al. v. Narconon Fresh Start, et al.*, Case No. 2:14-cv-00283-GMN-NJK (D. Nev.) on April 13, 2015. Plaintiffs' counsel in this case also represents Plaintiffs in the *Tarr* case.........................................................................................................**R**

19. A true and correct copy of Plaintiffs' final Rule 26 Disclosure, received by Fresh Start on March 23, 2015...........................................................................................**S**

20. Narconon Fresh Start's current license to operate and maintain the alcohol and/or drug abuse recovery or treatment facility, Sunshine Summit Lodge, at 35025 Highway 79, Buildings A-J, Warner Springs, California 92086, valid from April 1, 2014 through March 31, 2016, issued by the California State Department of Health Care Services..............................................**T**

21. Narconon of Northern California's former license to operate and maintain the alcohol

and/or drug abuse recovery or treatment facility, Narconon Redwood Cliffs, at 262 Gaffey Road, Watsonville, California 95076, valid from January 1, 2013 to December 31, 2014..................**U**

22. Narconon of Northern California's current license to operate and maintain the alcohol and/or drug abuse recovery or treatment facility, Narconon Redwood Cliffs, at 262 Gaffey Road, Watsonville, California 95076 and various other addresses listed therein, valid from January 1, 2015 to December 31, 2016...........................................................................**V**

23. An article, Richard D. Lennox, et al., *A Simplified Method for Routine Outcome Monitoring after Drug Abuse Treatment*, 7 Subst. Abuse 155 (2013), which is publicly available at http://www.ncbi.nlm.nih.gov/pmc/articles/PMC3782393 and was disclosed in this case in Fresh Start's Rule 26 initial disclosures...................................................................**W**