Ryan A. Hamilton
NEVADA BAR NO. 11587
HAMILTON LAW
5125 S. Durango Dr., Ste. C
Las Vegas, NV 89113
(702) 818-1818
(702) 974-1139
E-Mail: Ryan@hamlegal.com
*Attorneys for the Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| RONALD MCCLURE, an Arizona Citizen; and JASON MCCLURE, an Arizona Citizen, <br><br> Plaintiffs, <br><br> vs. <br><br> NARCONON FRESH START d/b/a RAINBOW CANYON RETREAT, a California Corporation; ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL; NARCONON INTERNATIONAL; and DOES 1-100, ROE Corporations I-X, inclusive, <br><br> Defendants. | Case No.  2:14-cv-00995-JCM-CWM <br><br> **JOINT STATUS REPORT** |

Plaintiffs have executed the release agreement. Parties are just waiting to exchange the settlement check and then the parties will file the dismissal at that time.

| | |
|---|---|
| Dated this 9th day of December, 2015 <br><br> HAMILTON LAW <br> By:/s/ Ryan Hamilton <br> Ryan Hamilton <br> 5125 S. Durango Dr., Ste. C <br> Las Vegas, NV 89113 <br> *Counsel for Plaintiffs* | Dated this 9th day of December, 2015 <br><br> LEWIS BRISBOIS BISGAARD & SMITH LLP <br> By:/s/  David Avakian_____ <br> David B. Avakian <br> Nevada Bar No. 009502 <br> 6385 South Rainbow Boulevard, Suite 600 <br> Las Vegas, Nevada 89118 <br> and <br> William H. Forman <br> SCHEPER KIM & HARRIS LLP <br> 601 W. Fifth Street, 12thFloor <br> Los Angeles, California 90071 |

| | *Counsel for Fresh Start* |
|---|---|

Respectfully submitted by:

**HAMILTON LAW**

By:/s/ Ryan Hamilton
Ryan Hamilton
5125 S. Durango Dr., Ste. C
Las Vegas, NV 89113
*Counsel for Plaintiffs*