SAO
DAVID B. AVAKIAN
Nevada Bar No. 009502
    E-Mail: David.Avakian@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendant NARCONON
FRESH START d/b/a RAINBOW CANYON
RETREAT

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONALD MCCLURE, an Arizona Citizen; and JASON MCCLURE, an Arizona Citizen,<br><br>    Plaintiffs,<br><br>vs.<br><br>NARCONON FRESH START d/b/a RAINBOW CANYON RETREAT, a California Corporation; ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL; NARCONON INTERNATIONAL and DOES 1-100, ROE Corporations I – X, inclusive,<br><br>    Defendants. | CASE NO. 2:14-cv-00995-JCM-CWH<br><br>**GLOBAL STIPULATION AND ORDER TO DISMISS PLAINTIFFS' COMPLAINT IN ITS ENTIRETY WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** that Plaintiffs' RONALD MCCLURE and JASON MCCLURE's Complaint and all related claims in the above-entitled action against all Defendants, NARCONON FRESH START d/b/a RAINBOW CANYON RETREAT, ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL and NARCONON INTERNATIONAL are hereby dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4830-8380-4714.1

Dated this 23 day of ~~November~~ December, 2015

By_____
Ryan A. Hamilton
Nevada Bar No. 011587
HAMILTON LAW
5125 S. Durango Dr., Ste. C
Las Vegas, NV 89113
Attorney for Plaintiffs

Dated this 30th day of ~~November~~ December, 2015

By_____
David B. Avakian
Nevada Bar No. 009502
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Blvd., Ste. 600
Las Vegas, NV 89118
Attorney for Defendant NARCONON FRESH START d/b/a RAINBOW CANYON RETREAT

## GLOBAL ORDER FOR DISMISSAL WITH PREJUDICE

Upon stipulation of the parties, by and through their respective counsel of record,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs' Complaint and any and all related claims in the above-entitled action against Defendants NARCONON FRESH START d/b/a RAINBOW CANYON RETREAT, ASSOCIATION FOR BETTER LIVING AND EDUCATION INTERNATIONAL and NARCONON INTERNATIONAL are hereby dismissed with prejudice with each party to bear their own attorneys' fees and costs.

DATED January 4, 2016.

_____
U.S. DISTRICT COURT JUDGE

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

Dated the 30th day of December, 2015

By _____
DAVID B. AVAKIAN
Nevada Bar No. 009502
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702.893.3383
Attorneys for Defendant
NARCONON FRESH START d/b/a RAINBOW CANYON RETREAT